IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE LEE WILLIAMSON,

        Petitioner,                No.  2:11-cv-01083 KJN P

   vs.

M. MCDONALD, Warden,

        Respondent.            <u>ORDER</u>

                           /

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by staff at petitioner's place of incarceration, has not been filled out.  Nor has petitioner filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the petition.  Petitioner will be provided the opportunity to submit a completed in forma pauperis application with certification in support thereof.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

   a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

   b. a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

  2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.

  3. Petitioner's "motion" (Dkt. No. 4) to obtain the assistance of High Desert State Prison staff in completing the certificate portions of petitioner's in forma pauperis application is granted; staff are directed to assist petitioner forthwith in the completion of his application.

  4. Petitioner's "motion" (Dkt. No. 3) seeking an exception to the local rule requiring multiple copies of his petition[1] is granted; petitioner need not file any duplicate copies of his petition for writ of habeas corpus.

  5. Petitioner's failure to timely comply with this order may result in the dismissal of this action without prejudice.

DATED: April 29, 2011

            _/s/ Kendall J. Newman_
            KENDALL J. NEWMAN
            UNITED STATES MAGISTRATE JUDGE

will1083.101a

---

[1] The court notes that petitioner misreads the applicable rule to require "13 copies." Local Rule 133(d)(2) requires the filing of only one additional copy of a paper-filed (as compared to electronically-filed) document.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE LEE WILLIAMSON,

    Petitioner,                    No.  2:11-cv-01083 KJN P

    vs.

M. MCDONALD, Warden,

    Respondent.                 NOTICE OF SUBMISSION

_____/

    Petitioner hereby submits the following document in compliance with the court's order filed _____:

        _____    Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

_____    _____

Date                                          Plaintiff